CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Hormel Foods Corporation, )
)
       Plaintiff )
)
    v. )    Civil Action No. _____
United States Department )
 of Agriculture, )
       Defendant )

## CERTIFICATE UNDER LCvR 7.1

    I, the undersigned, counsel of record for \_\_\_Hormel Foods Corporation\_\_\_,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of \_\_\_Hormel Foods Corporation\_\_\_, which have any outstanding securities

in the hands of the public. _____None_____

    These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ John F. Cooney*
Signature

D.C. Bar 936336
Bar Identification Number

JOHN F. COONEY
Print Name
Venable, LLP
575 7th Street, NW
Address

Washington,    DC    20004
City    State    Zip

202-344-4812
Telephone Number