## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:07-cv-1724 |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

With plaintiff's consent, defendant United States Department of Agriculture by and through undersigned counsel, respectfully move this Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., to extend the time to file defendant's motion to dismiss, or, in the alternative, defendant's motion for summary judgment until January 8, 2008. The current deadline for this motion is December 10, 2007. No party has requested any prior extensions of this deadline.

Defendant requests this extension because two motions are being prepared at once: defendant will seek an order dismissing this action because, according to defendant, plaintiff has no cause of action under the Poultry Products Inspection Act or the Federal Meat Inspection Act, and because the actions plaintiff seeks to compel are not legally required. Finally, dismissal is appropriate because there is no final agency action. In the alternative, defendant moves for summary judgment on the ground that it has not yet taken a final agency action and its interim steps with regard to this issue are appropriate. Plaintiff disputes these claims. Because defendant is preparing two motions, involving multiple legal grounds, in addition to the preparation of the administrative record, this extension is necessary to ensure that the motion covers all applicable legal grounds and that the administrative record is complete.

The parties have agreed to the following schedule: defendant will file its motion on or before January 8, 2008. Plaintiff will file its opposition and cross-motion, if any, on or before February 12,

2008.  Defendant will file its reply on or before February 26, 2008.  Plaintiff will file its reply on the

cross-motion, if any, on or before March 11, 2008.

　　　　WHEREFORE, based on the foregoing, defendant respectfully requests the Court to issue

an order extending the time to file a supplemental declaration as described above and in

accordance with the attached proposed order.

Dated: December 3, 2007

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　JEFFREY S. BUCHOLTZ
　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　JAMES J. GILLIGAN
　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　 s/ William B. Jaffe (Electronic Filing)
　　　　　　　　　　　　　　WILLIAM B. JAFFE (New York Bar)
　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　20 Massachusetts Avenue N.W.  Room 6110
　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　Tel.: (202) 353-7633
　　　　　　　　　　　　　　Fax: (202) 616-8460
　　　　　　　　　　　　　　Email: William.Jaffe@usdoj.gov
　　　　　　　　　　　　　　Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>       Plaintiff,<br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:07-cv-1724<br>)<br>)<br>)     [Proposed] ORDER<br>)<br>)<br>)<br>)<br>) |

The Consent Motion for an enlargement of time until January 8, 2008, to file defendant's Motion to Dismiss/Motion for Summary Judgment is GRANTED.

Defendant will file its motion on or before January 8, 2008. Plaintiff will file its opposition and cross-motion, if any, on or before February 12, 2008. Defendant will file its reply on or before February 26, 2008. Plaintiff will file its reply on the cross-motion, if any, on or before March 11, 2008.

So Ordered.

Dated: December ___, 2007

_____
Hon. Reggie B. Walton
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, a true and correct copy of the foregoing

Consent Motion for Enlargement of Time and Proposed Order was served via ECF upon plaintiffs'

counsel of record at the address listed below:

John F. Cooney, Esq.
Venable, LLP
575 7th Street, NW
Washington, DC 20004
202-344-4812
jfcooney@venable.com

Dated: December 3, 2007

s/ William B. Jaffe
WILLIAM B. JAFFE

4