UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>      Defendant. | Civil Action No. 1:07-cv-1724 |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

With plaintiff's consent, defendant United States Department of Agriculture by and through undersigned counsel, respectfully move this Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., to extend the time to file defendant's motion to dismiss, or, in the alternative, defendant's motion for summary judgment until January 22, 2008.  The current deadline for this motion is January 8, 2007.  This is the second extension of this deadline.

Defendant requests this extension because two motions are being prepared at once: defendant will seek an order dismissing this action because, according to defendant, plaintiff has no cause of action under the Poultry Products Inspection Act or the Federal Meat Inspection Act, and because the actions plaintiff seeks to compel are not legally required. Finally, dismissal is appropriate because there is no final agency action.  In the alternative, defendant moves for summary judgment on the ground that it has not yet taken a final agency action and its interim steps with regard to this issue are appropriate.  Plaintiff disputes these claims.  Because defendant is preparing two motions, involving multiple legal grounds, in addition to the preparation of the administrative record, this extension is necessary to ensure that the motion covers all applicable legal grounds and that the administrative record is complete.

In addition, this extension is requested because a portion of the administrative record may contain confidential information and the parties are in the process of drafting a protective order

regarding same.

The parties have agreed to the following schedule: defendant will file its motion on or before January 22, 2008. Plaintiff will file its opposition and cross-motion, if any, on or before February 22, 2008. Defendant will file its reply on or before March 7, 2008. Plaintiff will file its reply on the cross-motion, if any, on or before March 21, 2008.

WHEREFORE, based on the foregoing, defendant respectfully requests the Court so order the attached proposed order.

Dated: January 3, 2008

                                Respectfully submitted,

                                JEFFREY S. BUCHOLTZ
                                Acting Assistant Attorney General

                                JEFFREY A. TAYLOR
                                United States Attorney

                                JAMES J. GILLIGAN
                                Assistant Branch Director
                                Civil Division

                                s/ William B. Jaffe (Electronic Filing)
                                WILLIAM B. JAFFE (New York Bar)
                                Trial Attorney
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Avenue N.W.  Room 6110
                                Washington, D.C.  20530
                                Tel.: (202) 353-7633
                                Fax: (202) 616-8460
                                Email: William.Jaffe@usdoj.gov
                                Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>    Defendant. | Civil Action No. 1:07-cv-1724<br><br>[Proposed] ORDER |

    The Consent Motion for an enlargement of time until January 22, 2008, to file defendant's Motion to Dismiss/Motion for Summary Judgment is GRANTED.

    Defendant will file its motion on or before January 22, 2008.  Plaintiff will file its opposition and cross-motion, if any, on or before February 22, 2008.  Defendant will file its reply on or before March 7, 2008.  Plaintiff will file its reply on the cross-motion, if any, on or before March 21, 2008.

    So Ordered.

Dated: January ___, 2008

_____
Hon. Reggie B. Walton
United States District Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 3, 2008, a true and correct copy of the foregoing Consent Motion for Enlargement of Time and Proposed Order was served via ECF upon plaintiffs' counsel of record at the address listed below:

John F. Cooney, Esq.
Venable, LLP
575 7th Street, NW
Washington, DC 20004
202-344-4812
jfcooney@venable.com


Dated: January 3, 2008

           s/ William B. Jaffe
          WILLIAM B. JAFFE