IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 1:07-cv-1724 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e), defendant United States Department of Agriculture, by and through undersigned counsel, is filing along with this Notice a CD-ROM containing an electronic copy of the Administrative Record in support of the administrative actions at issue herein. The CD-ROM containing the Administrative Record is being maintained in the case file in the Clerk's Office of the U.S. District Court for the District of Columbia.

Dated: January 22, 2008

                                            Respectfully submitted,

                                            JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            FELIX V. BAXTER
                                            Director, Federal Programs Branch
                                            Civil Division

       s/ William B. Jaffe (Electronic Filing)
JAMES J. GILLIGAN
Assistant Director
WILLIAM B. JAFFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, DC  20044
<u>Delivery Address</u>
20 Massachusetts Avenue, NW, Room 6110
Washington, DC  20530
(202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, a true and correct copy of the foregoing Defendants' Notice of Filing of Administrative Record was served via ECF upon counsel of record at the address listed below.

I further certify that a true and correct copy of the Administrative Record in this action was also served by U.S. upon counsel of record at the address below:

| | |
|---|---|
| John F. Cooney, Esq. | Kirsten Friedel Roddy, Esq |
| Venable, LLP | Hogan & Hartson, LLP |
| 575 7th Street, NW | 555 13th Street, NW |
| Washington, DC 20004 | Washington, DC 20004-1109 |
| 202-344-4812 | 202-637-5600 |
| jfcooney@venable.com | kfroddy@hhlaw.com |

Dated: January 22, 2008

/s/William B. Jaffe
WILLIAM B. JAFFE