UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>        Defendant. | Civil Action No. 1:07-cv-1724 |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Rosalyn Murphy-Jenkins, pursuant to [5 U.S.C. § 706/ 28 U.S.C. § 1746] hereby declare the following:

1. I am a Senior Technical Advisor to the Label and Program Delivery Division, Office of Policy and Program Development, Food Safety and Inspection Service ("FSIS"), U. S. Department of Agriculture ("USDA"). As a Senior Technical Advisor, I advise the Label and Program Delivery Division which develops labeling and food standard policies for USDA regulated meat, poultry and egg products. I have been employed by FSIS for approximately 17 years. The facts attested to herein are based on my personal knowledge.

2. The documents represented in the index attached hereto constitute a true and complete copy of all documents and materials considered by the agency concerning Hormel Food Corporation's petition for rulemaking, and concerning Hormel Food Corporation's request for rescission of FSIS's approval of certain other companies' "natural" labels. Privileged documents

reflecting internal agency deliberations are not part of this administrative record. See <u>Ad Hoc Metals Coalition v. Whitman</u>, 227 F. Supp. 2d 134, 142-43 (D.D.C. 2002); <u>AMFAC Resorts, L.L.C. v. Dep't of the Interior</u>, 143 F. Supp. 2d 7, 13 (D.D.C. 2001).

3. Documents submitted by third parties that contain information designated as Confidential Business Information ("CBI") are included in this administrative record with the CBI redacted.

4. The documents annexed in Exhibit D, tabs 16-30, constitute letters sent by FSIS to companies with natural labels requesting product information. Although twenty-four companies were sent letters, Exhibit D contains only fifteen letters because copies of the remaining letters were not found. I attest that FSIS also sent letters nearly identical to the letters provided in exhibit D to the following companies: Godshall's Quality Meats, Inc., Tyson Foods, Inc., Smithfield Packing, Swift & Company, OLYMEL S.E.C./L.P., Fieldale Farms Corporation, Webster City Custom Meats, Inc., Great West Cattle Company, Independent Meat Company, and Montana Ranch Beef Inc. The only difference in each letter is the address information for each company.

5. The documents annexed in Exhibit F, tabs 35-51, constitute a second set of letters, sent by FSIS to the same companies referenced in paragraph 4, clarifying the information that FSIS required. Although twenty-four companies were sent letters, Exhibit F contains only seventeen letters because copies of the remaining letters were not found. I attest that FSIS also sent letters nearly identical to the letters provided in exhibit F to the following companies: Smithfield Packing, Swift & Company, OLYMEL S.E.C./L.P., Fieldale Farms Corporation, Webster City Custom Meats, Inc., Great West Cattle Company, Independent Meat Company, Montana Ranch Beef Inc., and Five Star Food Products, Inc. The only difference in each letter is the address information for each company.

6. FSIS received over 6000 identical e-mail comments on the subject of "fresh chicken labeling." Only one copy of the form letter appears in the Administrative Record as Exhibit K.

7. Exhibit I, tab 103 was included in error and was subsequently removed. Therefore, there is no tab 103 to Exhibit I.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2008, in Washington, D.C.

*[signature]*
Rosalyn Murphy-Jenkins
Senior Technical Advisor
Label and Program Delivery Division
Office of Policy and Program Development
Food Safety and Inspection Service
U.S. Department of Agriculture

| DOCUMENT NUMBER | DATE | DESCRIPTION | BEGINNING BATES NUMBER |
|---|---|---|---|
| Exhibit A – Policy Documents | | | |
| 1 | 11/22/82 | Policy Memorandum 055 | D 000002 |
| 2 | 5/03 | Policy Book entry for Natural Claims | D 000004 |
| 3 | 8/05 | Policy Book entry for Natural Claims | D 000006 |
| 4 | 12/06 | Policy Book entry for Natural Claims | D 000009 |
| Exhibit B - Petitions | | | |
| 5 | 10/9/06 | Letter from Mark S. Roberts, Hormel, to Dr. Robert C. Post, FSIS – Petition | D 000014 |
| 6 | 10/10/06 | Letter from Mark S. Roberts, Hormel to Dr. Robert C. Post, FSIS - Request for recession of label approval | D 000055 |
| 7 | 10/25/06 | Letter from Lori Mareo, Hormel to Robert Post – Amended Petition | D 000065 |
| Exhibit C – Hormel/Venable Correspondence | | | |
| 8 | 11/4/06 | Email chain between Robert Post, FSIS and M.S. Roberts, Hormel re: Perdue Chicken No Preservatives Labels | D 000121 |
| 9 | 11/7/06 | Letter from Nancy S. Bryson, Venable, to Dr. Robert C. Post, FSIS | D 000126 |
| 10 | 11/7/06 | Letter from Nancy S. Bryson, Venable, to Drs. Barbara Masters and Richard Raymond, and Marc Kesselman | D 000156 |
| 11 | 11/14/06 | Letter from Nancy S. Bryson, Venable, to Marc Kesselman and Tom Walsh | D 000158 |
| 12 | 12/6/07 | Letter from Dr. Richard Raymond to Nancy Bryson | D 000160 |
| 13 | 12/22/06 | Letter from Phillip L. Minerich, Hormel to Robert Post | D 000162 |
| 15 | 4/24/07 | Letter from Nancy S. Bryson, Venable, to Dr. Richard Raymond | D 000452 |

1

| 15 | 6/27/07 | The Natural Claim Power Point Presentation for Charles Gioglio prepared by Nancy Bryson, Venable | D 000469 |
|---|---|---|---|
| Exhibit D – Letters to Companies with Natural Labels Requesting Information ||||
| 16 | 11/30/06 | Letter from Robert Post to Sheryl Marcouiller, Kraft Foods Global | D 000611 |
| 17 | 12/1/06 | Letter from Robert Post to Theresa Krueger, Purely Natural Inc. | D 000613 |
| 18 | 12/1/06 | Letter from Robert Post to Fresherized Foods | D 000615 |
| 19 | 12/1/06 | Letter from Robert Post to Farmland Foods | D 000617 |
| 20 | 12/1/06 | Letter from Robert Post to John F. Martin, John F. Martin and Sons | D 000619 |
| 21 | 12/1/06 | Letter from Robert Post to John Glenchenhaus, Applegate Farms | D 000621 |
| 22 | 12/1/06 | Letter from Robert Post to Christopher Ely, Applegate Farms | D 000623 |
| 23 | 12/1/06 | Letter from Robert Post to Cody Lane, Pederson's Natural Farms | D 000625 |
| 24 | 12/5/06 | Letter from Robert Post to Five Star Food Products, Inc. | D 000627 |
| 25 | 12/5/06 | Letter from Robert Post to West Liberty Foods | D 000629 |
| 26 | 12/5/06 | Letter from Robert Post to Premium Standard Farms, Inc. | D 000631 |
| 27 | 12/5/06 | Letter from Robert Post to Maverick Ranch Natural Meats | D 000633 |
| 28 | 12/5/06 | Letter from Robert Post to Engelhart Enterprises | D 000635 |
| 29 | 12/5/06 | Letter from Robert Post to Saag's Products, Inc. | D 000637 |
| 30 | 12/5/06 | Letter from Robert Post to Sugar Creek Packing Co. | D 000639 |

| Exhibit E – Documents Pertaining to Public Meeting | | | |
|---|---|---|---|
| 31 | 12/5/06 | Federal Register Notice 71 Fed. Reg. 70503-05 | D 000642 |
| 32 | 12/12/06 | Transcript of Public Meeting - Product Labeling: Definition of the Term "Natural" | D 000645 |
| 33 | 12/12/06 | Meeting Agenda - Food Safety and Inspection Service, Definition of the Term "Natural" Public Meeting | D 000741 |
| 34 | 12/12/06 | A History of the Policy on "Natural" Claims - Document Prepared for the Public Meeting on Product Labeling: Definition of the Term "Natural" on Meat and Poultry Product Labels | D 000742 |
| Exhibit F – 2nd Letter to Companies Requesting Information on Sodium Lactate | | | |
| 35 | 1/11/07 | Letter from Robert Post to Sheryl Marcouiller, Kraft Foods Global | D 000760 |
| 36 | 1/12/07 | Letter from Robert Post to Farmland Foods | D 000761 |
| 37 | 1/12/07 | Letter from Robert Post to Stephanie Schara at Maverick Ranch Natural Foods | D 000762 |
| 38 | | Letter from Robert Post to Cody Lane, Pederson's Natural Foods | D 000763 |
| 39 | 1/12/07 | Letter from Robert Post to Godshall's Quality Meats, Inc. | D 000764 |
| 40 | 1/12/07 | Letter from Robert Post to Tyson Foods, Inc. | D 000765 |
| 41 | 1/12/07 | Letter from Robert Post to Theresa Krueger, Purely Natural Inc. | D 000766 |
| 42 | 1/12/07 | Letter from Robert Post to Fresherized Foods | D 000767 |
| 43 | 1/12/07 | Letter from Robert Post to John F. Martin, John F. Martin and Sons | D 000768 |
| 44 | 1/12/07 | Letter from Robert Post to Christopher Ely, Applegate Farms | D 000769 |

| 45 | 1/12/07 | Letter from Robert Post to John Glenchenhaus, Applegate Farms | D 000770 |
|---|---|---|---|
| 46 | 1/12/07 | Letter from Robert Post to Maverick Ranch Natural Foods | D 000771 |
| 47 | 1/12/07 | Letter from Robert Post to West Liberty Foods | D 000772 |
| 48 | 1/12/07 | Letter from Robert Post to Sugar Creek Packing Co. | D 000773 |
| 49 | 1/12/07 | Letter from Robert Post to Premium Standard Farms, Inc. | D 000774 |
| 50 | 1/12/07 | Letter from Robert Post to Engelhart Enterprises | D 000775 |
| 51 | 1/12/07 | Letter from Robert Post to Saag's Products, Inc. | D 000776 |
| Exhibit G - Congressional Correspondence | | | |
| 52 | 6/28/07 | Letter from Congressman Collin Peterson to Secretary Mike Johanns | D 000778 |
| 53 | 7/31/07 | Letter from Richard Raymond to Congressman Peterson | D 000779 |
| 54 | 9/19/07 | Letter from Congressman Collin Peterson to Secretary Mike Johanns | D 000781 |
| 55 | 10/29/07 | Letter from Richard Raymond to Congressman Peterson | D 000783 |
| Exhibit H – Company Responses to Request for Information on Sodium Lactate | | | |
| 56 | 12/27/06 | Letter from Cody Lane, Pederson Farms to Robert Post, FSIS | D 000790 |
| 57 | 1/15/07 | Letter from Denys Thevenot, Sugar Creek Packing Company to Robert C. Post, FSIS | D 000792 |
| 58 | 1/17/07 | Letter from Collette Kaster, Premium Standard Farms to Robert C. Post, FSIS | D 000794 |
| 59 | 1/22/07 | Letter from Marcia Walker, Fresherized Foods to Robert C. Post, FSIS | D 000795 |

4

| | | | |
|---|---|---|---|
| 60 | 3/20/07 | Letter from Sheryl Marcouiller, Kraft Foods to Robert C. Post, FSIS | D 000806 |
| 61 | 5/22/07 | Letter from Jennifer Murphy, Plumrose USA | D 000847 |
| 62 | 11/5/07 | Email with attachment from Cody Lane, Pederson Natural Farms to Tammie Myrick, FSIS | D 000863 |
| 63 | 10/12/07 | Letter from John Ling, Saag's Specialty Meats to USDA, FSIS, Labeling & Consumer Protection Staff | D 000872 |
| Exhibit I – Comments on Natural Docket | | | |
| 64 | 12/12/06 | Statement of Rosemary Mucklow, National Meat Association | D 000875 |
| 65 | 12/15/06 | Robert H. Sindt, Attorney for Danisco USA | D 000877 |
| 66 | 1/4/07 | David H. Owens, Perdue | D 000878 |
| 67 | 1/4/07 | Glen Roberts, Flavoring and Extract Manufacturers Association of the United States | D 000879 |
| 68 | 1/8/07 | Audrae Erickson, Corn Refiner's Association | D 000883 |
| 69 | 1/9/07 | John G. Wood, Ecolab | D 000886 |
| 70 | 1/10/07 | Andrew C. Briscoe III, The Sugar Association | D 000888 |
| 71 | 1/10/07 | Greg Hilbert, Arla Foods | D 000895 |
| 72 | 1/10/07 | Gene Baur, Farm Sanctuary | D 000897 |
| 73 | 1/11/07 | Jeannie Milewski, The Vinegar Institute | D 000900 |
| 74 | 1/11/07 | Andrea H. Brown, American Association of Meat Processors | D 000904 |
| 75 | 1/11/07 | Mary Hager, American Dietetic Association | D 000906 |
| 76 | 1/11/07 | Richard H. Alsmeyer, National Seasoning Manufacturers Association | D 000910 |

| 77 | 1/11/07 | Ted Lupina, Kalsec | D 000913 |
|---|---|---|---|
| 78 | 1/11/07 | Larissa McKenna and Richard Wood, Food Animal Concerns Trust | D 000915 |
| 79 | 1/22/07 | Bill Hoag | D 000917 |
| 80 | 1/23/07 | Ernie Jacobson, Washington Liaison Services | D 000918 |
| 81 | 2/5/07 | Glen Roberts, Flavoring and Extract Manufacturers Association of the United States | D 000919 |
| 82 | 2/12/07 | Phillip Minerich, Hormel | D 000921 |
| 83 | 2/16/07 | Charles Cook, Country Fare Consulting | D 001639 |
| 84 | 2/19/07 | Timothy I. Smith, Provesta Flavoring Ingredients | D 001641 |
| 85 | 2/20/07 | Daniel Farkas | D 001645 |
| 86 | 2/21/07 | V.M. Balasubramaniam | D 001647 |
| 87 | 2/23/07 | William P. Snader | D 001649 |
| 88 | 2/23/07 | Irene Mills | D 001650 |
| 89 | 2/23/07 | Barbara Feild | D 001651 |
| 90 | 2/23/07 | Cynthia Stewart, National Center for Food Safety and Technology | D 001652 |
| 91 | 2/23/07 | Harris Ranch Beef Company | D 001654 |
| 92 | 2/26/07 | Gerrit Vreeman, Purac | D 001657 |
| 93 | 2/26/07 | Mike Luczynski, Boar's Head Provisions Co. | D 001689 |
| 94 | 2/28/07 | Kelly Pinkerton, Olivieri | D 001691 |
| 95 | 2/28/07 | Marcia Walker, Fresherized Foods | D 001692 |
| 96 | 2/28/07 | Andrew Briscoe, The Sugar Association | D 001694 |
| 97 | 3/1/07 | Scott Sechler, Bell & Evans | D 001708 |
| 98 | 3/1/07 | Nazen Merjian, Voice for Animals | D 001710 |
| 99 | 3/2/07 | Lampkin Butts, Sanderson Farms | D 001711 |

| 100 | 3/2/07 | Lampkin Butts, Sanderson Farms (2nd comment) | D 001719 |
| --- | --- | --- | --- |
| 101 | 3/2/07 | Scott Lively, Dakota Beef | D 001728 |
| 102 | 3/2/07 | John Miller & Tim Klein, National Beef Packing Company | D 001731 |
| 104 | 3/2/07 | Patrick McDonald, Dietz & Watson | D 001738 |
| 105 | 3/2/07 | Phillip Minerich, Hormel | D 001741 |
| 106 | 3/2/07 | Clayton Lee Hough, International Dairy Association | D 001755 |
| 107 | 3/2/07 | Mike Thoren, Five Rivers Cattle Feeding | D 001759 |
| 108 | 3/2/07 | Noam Mohr, PETA | D 001764 |
| 109 | 3/2/07 | Collette Schultz Kaster, Premium Standard Farms | D 001766 |
| 110 | 3/2/07 | Sheryl A. Marcouiller, Kraft Foods | D 001770 |
| 111 | 3/3/07 | Daniel S. Hale and Thomas Powell, American Meat Science Association | D 001807 |
| 112 | 3/3/07 | Kelvin Whall, Meat & Wool | D 001809 |
| 113 | 3/5/07 | Philip Jones and Maria Crawford, Jones Dairy Farm | D 001811 |
| 114 | 3/5/07 | Dennis Stiffler, Coleman Natural Foods | D 001814 |
| 115 | 3/5/07 | Audrae Erickson, Corn Refiners Association | D 001818 |
| 116 | 3/5/07 | Joan Bulik | D 001825 |
| 117 | 3/5/07 | Mark Nelson, Nestle USA | D 001827 |
| 118 | 3/5/07 | Howard Magwire, United Egg Association | D 001831 |
| 119 | 3/5/07 | Jamie S. Jonker, National Milk Producers Federation | D 001833 |
| 120 | 3/5/07 | Leslie Sarasin, American Frozen Food Institute | D 001835 |
| 121 | 3/5/07 | Gene Baur, Farm Sanctuary | D 001842 |

| 122 | 3/5/07 | Marc L. Kuemmerlein, Farmland | D 001859 |
|---|---|---|---|
| 123 | 3/5/07 | Barbara K. Negron, North American Natural Casing Association | D 001878 |
| 124 | 3/5/07 | Rosemary Mucklow, Ken Mastracchio, Satbir Bal, National Meat Association | D 001881 |
| 125 | 3/5/07 | Robert J. Reinhard, Sara Lee Food & Beverage | D 001884 |
| 126 | 3/5/07 | Richard L. Bond, Tyson Foods | D 001923 |
| 127 | 3/5/07 | Rick Hull, World Technology Ingredients | D 001934 |
| 128 | 3/7/07 | Lee Sanders, American Bakers Association | D 001936 |
| 129 | 3/7/07 | Stephen Gray (Corbett Kolster) | D 001938 |
| 130 | 3/7/07 | Kimberly A. Hutchins | D 001942 |
| 131 | 3/22/07 | Ira P. McEvoy | D 001943 |
| 132 | 4/4/07 | Glenda Popierlarski | D 001944 |
| 133 | 4/6/07 | Bernadette M. Sonefeld | D 001945 |
| 134 | 4/7/07 | Dianne Ensign | D 001946 |
| 135 | 4/7/07 | Juanita Kempe | D 001947 |
| 136 | 4/9/07 | Barbara Gray | D 001948 |
| 137 | 4/11/07 | D. Nuzzo | D 001949 |
| 138 | 4/11/07 | Larry Temin | D 001950 |
| 139 | 4/11/07 | Cynthia R. Pendergrass | D 001951 |
| 140 | 4/11/07 | Lloyd Guptill | D 001952 |
| 141 | 4/11/07 | Ronald Gaertner | D 001953 |
| 142 | 4/11/07 | Marcia L. Balkan | D 001954 |
| 143 | 4/11/07 | Ron Laumburie | D 001955 |
| 144 | 4/11/07 | Joseph Johnson II | D 001956 |
| 145 | 4/11/07 | Trish Nelson, Perdue Farms | D 001957 |
| 146 | 4/11/07 | Vera Kramer | D 001968 |

| 147 | 4/16/07 | Arthur Goldberg | D 001969 |
| --- | --- | --- | --- |
| 148 | 4/16/07 | Marilyn Everson | D 001970 |
| 149 | 4/16/07 | Dagny Rodriguez | D 001971 |
| 150 | 4/16/07 | Ed Johnson | D 001972 |
| 151 | 4/16/07 | Nancy Andrich | D 001973 |
| 152 | 4/18/07 | Jim Plezia | D 001974 |
| 153 | 4/18/07 | Dr. Donnie Nas | D 001975 |
| 154 | 4/18/07 | Eleanor Jones | D 001976 |
| 155 | 4/18/07 | Karen Faxon | D 001977 |
| 156 | 4/18/07 | Gary Nagasawa | D 001978 |
| 157 | 4/18/07 | Edward J. Russo | D 001979 |
| 158 | 4/19/07 | Juanita Kempe | D 001980 |
| 159 | 4/23/07 | Linda LaCova-Bhat | D 001981 |
| 160 | 4/23/07 | Rachel Lyon | D 001982 |
| 161 | 4/25/07 | Johanna Coxeter | D 001983 |
| 162 | 4/31/07 | R.E. Black | D 001984 |
| 163 | | Bill Sykes | D 001985 |
| 164 | | Ted Knight | D 001986 |
| 165 | | Kristi Simon | D 001987 |
| 166 | | Michelle McRuiz | D 001988 |
| 167 | | General Comment | D 001989 |
| 168 | | General Comment | D 001990 |
| 169 | | General Comment | D 001991 |
| 170 | | General Comment | D 001992 |
| 171 | | General Comment | D 001993 |
| 172 | | General Comment | D 001994 |
| 173 | | General Comment | D 001995 |

| 174 | | General Comment | D 001996 |
|---|---|---|---|
| 175 | | General Comment | D 001997 |
| 176 | | General Comment | D 001998 |
| Exhibit J – Applications for Approval of Labels with Sodium Lactate [contains confidential business information] | | | |
| 177 | 6/15/05 | Application for approval of labels for Sugar Creek Packing Co. | D 002000 |
| 178 | 11/4/05 | Application for approval of labels for Aidells | D 002003 |
| 179 | 12/8/05 | Application for approval of labels for Coleman Natural | D 002008 |
| 180 | 12/28/05 | Application for approval of labels for Applegate Farms | D 002012 |
| 181 | 8/30/06 | Application for approval of labels for Pederson's Natural Farms | D 002017 |
| 182 | 10/30/06 | Application for approval of labels for Maverick Ranch Natural Meats | D 002021 |
| 183 | 10/31/06 | Application for approval of labels for Coleman All Natural | D 002028 |
| 184 | 10/31/06 | Application for approval of labels for Premium Standard Farms, Inc. | D 002032 |
| 185 | 11/2/06 | Application for approval of labels for Wellshire Farms | D 002035 |
| 186 | 11/20/06 | Application for approval of labels for Applegate Farms | D 002038 |
| 187 | 11/20/06 | Application for approval of labels for Farmland Foods, Inc. | D 002042 |
| 188 | 11/21/06 | Application for approval of labels for Fresherized Foods (herb roasted chicken rotisserie style – two chicken halves) | D 002047 |
| 189 | 11/21/06 | Application for approval of labels for Fresherized Foods (herb roasted chicken rotisserie style – whole chicken) | D 002052 |

| 190 | 10/31/07 | Application for approval of labels for Pedersons Natural Farms | D 002057 |
|---|---|---|---|
| Exhibit K – Sample Form Letter from Natural Docket ||||
| 191 | 5/17/07 | Email from Macon Test | D 002124 |