IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-1724 (RBW) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e), defendant United States Department of Agriculture, by and through undersigned counsel, is filing along with this Notice a CD-ROM containing an electronic copy of the Administrative Record in support of the administrative actions at issue herein. The CD-ROM containing the Administrative Record is being maintained in the case file in the Clerk's Office of the U.S. District Court for the District of Columbia.

Dated: January 22, 2008

                                                                    Respectfully submitted,

                                                                    JEFFREY S. BUCHOLTZ
                                                                    Acting Assistant Attorney General

                                                                    JEFFREY A. TAYLOR
                                                                    United States Attorney

                                                                    FELIX V. BAXTER
                                                                    Director, Federal Programs Branch
                                                                    Civil Division

                s/ William B. Jaffe (Electronic Filing)
JAMES J. GILLIGAN
Assistant Director
WILLIAM B. JAFFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, DC  20044
<u>Delivery Address</u>
20 Massachusetts Avenue, NW, Room 6110
Washington, DC  20530
(202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, a true and correct copy of the foregoing Defendants' Notice of Filing of Administrative Record was served via ECF upon counsel of record at the address listed below.

I further certify that a true and correct copy of the Administrative Record in this action was also served by U.S. upon counsel of record at the address below:

| | |
|---|---|
| John F. Cooney, Esq. | Kirsten Friedel Roddy, Esq |
| Venable, LLP | Hogan & Hartson, LLP |
| 575 7th Street, NW | 555 13th Street, NW |
| Washington, DC 20004 | Washington, DC 20004-1109 |
| 202-344-4812 | 202-637-5600 |
| jfcooney@venable.com | kfroddy@hhlaw.com |

Dated: January 22, 2008

/s/William B. Jaffe
WILLIAM B. JAFFE