UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:07-cv-1724 (RBW) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF FILING A PORTION
OF THE ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to Local Rule 5.1(j), and pursuant to the protective order entered on February 5, 2008, notice is hereby given that, in connection with Defendant's Motion to Dismiss/Motion for Summary Judgment, a portion of the administrative record in this action, specifically an unredacted version of Exhibit J, is being filed under seal. Access to this sealed document is strictly limited to the parties listed in the protective order entered on February 5, 2008.

Dated: February 6, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

FELIX V. BAXTER
Director, Federal Programs Branch
Civil Division

 s/ William B. Jaffe (Electronic Filing)
JAMES J. GILLIGAN
Assistant Director
WILLIAM B. JAFFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, DC  20044
<u>Delivery Address</u>
20 Massachusetts Avenue, NW, Room 6110
Washington, DC  20530
(202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, a true and correct copy of the foregoing Notice of Filing a Portion of the Administrative Record Under Seal was served, via ECF, upon counsel of record at the address listed below:

John F. Cooney, Esq.
Venable, LLP
575 7th Street, NW
Washington, DC 20004
202-344-4812
jfcooney@venable.com

Kirsten Friedel Roddy, Esq
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004-1109
202-637-5600
kfroddy@hhlaw.com

Dated: February 6, 2008

                                                                    s/ William B. Jaffe
                                                                     WILLIAM B. JAFFE