UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>       Plaintiff,<br> v.<br><br>UNITED STATES DEPARTMENT<br> OF AGRICULTURE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  1:07-cv-1724 (RBW)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

With defendant's consent, plaintiff Hormel Foods Corporation respectfully moves the Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., to extend the time to file plaintiff's Opposition to the defendant's Motion to Dismiss the Complaint or, in the Alternative, for Summary Judgment and plaintiff's Cross-Motion for Summary Judgment until March 7, 2008.

Plaintiff requests this extension of time because three pleadings are being prepared at once: an Opposition to defendant's motion to dismiss on jurisdictional grounds; an Opposition to defendant's alternative motion for summary judgment; and plaintiff's Cross-Motion for summary judgment on the merits of the lawsuit. Each Opposition and the Cross-Motion present multiple legal issues. In addition, now that plaintiff has received the confidential, unredacted portion of the Administrative Record, it will need to modify its arguments in several parts of the integrated pleading, and the research necessary to support these arguments has only recently been initiated. In

addition, one of the counsel for plaintiff is in the process of establishing a new law firm, and the administrative burdens necessitated by this transition have in some measure slowed the preparation of the pleading.

For these reasons, plaintiff requests a two-week extension of time for the submission of this integrated pleading until March 7, 2008.

Defendant has authorized us to state that it consents to the proposed extension of the deadline for submission of this comprehensive pleading.

The parties have agreed to the following schedule: plaintiff will file its Oppositions and its Cross-Motion for Summary Judgment on or before March 7, 2008. Defendant will file its Reply on its Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and its Opposition to plaintiff's Motion for Summary Judgment on or before March 21, 2008. Plaintiff will file its Reply on its Cross-Motion for Summary Judgment on or before April 4, 2008.

WHEREFORE, based on the foregoing, plaintiff respectfully requests the Court so order on the attached proposed order.

Dated: February 8. 2008

                                                Respectfully submitted,

/s/ Nancy S. Bryson  
NANCY S. BRYSON  
(D.C. Bar No. 913673)  
Bryson Law Group PLLC  
575 7th Street, N.W.  
Washington, D.C. 20004  
(202) 344-4731  

/s/ John F. Cooney  
JOHN F. COONEY  
(D.C. Bar No. 936336)  
Venable LLP  
575 7th Street, N.W.  
Washington, D.C. 20004  
(202) 344-4812  
jfcooney@venable.com  

Counsel for Plaintiff  
Hormel Foods Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION )<br>1 Hormel Place )<br>Austin, Minnesota 55912, )<br>           )<br>           Plaintiff, )<br>   v.      )<br>           )<br>UNITED STATES DEPARTMENT )<br>  OF AGRICULTURE, )<br>           )<br>           Defendant. ) | Civil Action No.<br>1:07-cv-1724 (RBW)<br><br>[Proposed] ORDER |

The Consent Motion for an enlargement of time until March 7, 2008 to file plaintiff's Opposition to defendant's motion to dismiss or, in the alternative, for summary judgment, and plaintiff's Cross-Motion for Summary Judgment, is GRANTED.

Plaintiff will file its combined Opposition and Cross-Motion on or before March 7, 2008. Defendant will file its reply on or before March 21, 2008. Plaintiff will file its reply on its Cross-Motion on or before April 4, 2008.

So Ordered.

Dated: February ___, 2008

_____<br>
Hon. Reggie B. Walton<br>
United States District Judge