# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION )<br> )<br> )<br>               Plaintiff, )<br>v    . )<br> )<br>UNITED STATES DEPARTMENT )<br>  OF AGRICULTURE, )<br> )<br>               Defendant. ) | Civil Action No. 1:07-cv-1724 (RBW) |

## PLAINTIFF'S NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that the following documents were filed in paper format with the Court:

1. Opposition of Plaintiff Hormel Foods Corporation to Motion to Dismiss the Complaint Or, In The Alternative, For Summary Judgment;

2. Declaration of Richard J. Christianson; and

3. Plaintiff's Statement of Material Facts That Are In Dispute.

These documents are not available for public viewing.

                                    Respectfully submitted,

| | |
|---|---|
|   */s/ Nancy S. Bryson* |   */s/ John F. Cooney* |
| NANCY S. BRYSON | JOHN F. COONEY |
| (D.C. Bar No. 913673) | (D.C. Bar No. 936336) |
| The Bryson Group PLLC | Venable LLP |
| 575 7th Street, N.W. | 575 7th Street, N.W. |
| Washington, D.C. 20004 | Washington, D.C. 20004 |
| (202) 344-4731 | (202) 344-4812 |
| | |
| March 7, 2008 | Counsel for Plaintiff |

#938147/DC2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2008, copies of *Plaintiff's Notice Regarding Filing of Sealed Material* was served by the Court's ECF filing system on the following:

>William B. Jaffe, Esquire
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20530

>Kristin F. Roddy, Esquire
>Hogan & Hartson
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004

*/s/ John F. Cooney*
John F. Cooney

#938147/DC2