## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION )<br> )<br> )<br>                        Plaintiff, )<br>    v.                                  )<br> )<br>UNITED STATES DEPARTMENT )<br>  OF AGRICULTURE, )<br> )<br>                        Defendant.    ) | Civil Action No. 1:07-cv-1724 (RBW) |

### PLAINTIFF'S NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that the following documents were filed in paper format with the Court:

1. Plaintiff's Cross Motion for Summary Judgment;

2. Memorandum of Points and Authorities in Support thereof;

3. Declaration of Richard J. Christianson;

4. Declaration of Richard M. Herreid;

5. Declaration of Phillip L. Minerich; and

6. Plaintiff's Statement of Material Facts As To Which There Is No Genuine Issue.

These documents are not available for public viewing.

Respectfully submitted,

| | |
|---|---|
|   */s/ Nancy S. Bryson*<br>NANCY S. BRYSON<br>(D.C. Bar No. 913673)<br>The Bryson Group PLLC<br>575 7th Street, N.W.<br>Washington, D.C. 20004<br>(202) 344-4731 |   */s/ John F. Cooney*<br>JOHN F. COONEY<br>(D.C. Bar No. 936336)<br>Venable LLP<br>575 7th Street, N.W.<br>Washington, D.C. 20004<br>(202) 344-4812 |
| March 7, 2008 | Counsel for Plaintiff |

#938129/DC2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of March 2008, copies of *Plaintiff's Notice Regarding Filing of Sealed Material* was served by the Court's ECF filing system on the following:

>William B. Jaffe, Esquire
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20530

>Kristin F. Roddy, Esquire
>Hogan & Hartson
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004

>  */s/ John F. Cooney*
>  John F. Cooney

#938129/DC2