UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>      Defendant. | Civil Action No. 1:07-cv-1724 |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

With plaintiff's consent, defendant United States Department of Agriculture by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., to extend the time to file defendant's reply memorandum in support of its motion to dismiss/motion for summary judgment and in opposition to plaintiff's cross-motion for summary judgment until April 11, 2008.  The current deadline for this reply is March 21, 2008.  This is the first extension of this deadline.

Defendant requests this extension because two motions are being prepared at once: defendant will seek an order dismissing this action because, according to defendant, plaintiff has no cause of action under the Poultry Products Inspection Act or the Federal Meat Inspection Act, and because the actions plaintiff seeks to compel are not legally required. Finally, dismissal is appropriate because there is no final agency action.  Plaintiff disputes these claims.  Because defendant is preparing two motions, involving multiple legal grounds, this extension is necessary to ensure that the motion covers all applicable legal grounds.

The parties have agreed to the following schedule: Defendant will file its reply memorandum on or before April 11, 2008.  Plaintiff will file its reply memorandum on the cross-motion, if any, on or before April 25, 2008.

WHEREFORE, based on the foregoing, defendant respectfully requests the Court to so

order the attached proposed order.

Dated: March 18, 2008

                              Respectfully submitted,

                              JEFFREY S. BUCHOLTZ
                              Acting Assistant Attorney General

                              JEFFREY A. TAYLOR
                              United States Attorney

                              JAMES J. GILLIGAN
                              Assistant Branch Director
                              Civil Division

                               s/ William B. Jaffe (Electronic Filing)
                              WILLIAM B. JAFFE  (New York Bar)
                              Trial Attorney
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              20 Massachusetts Avenue N.W.  Room 6110
                              Washington, D.C.  20530
                              Tel.: (202) 353-7633
                              Fax: (202) 616-8460
                              Email: William.Jaffe@usdoj.gov
                              Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>      Defendant. | Civil Action No. 1:07-cv-1724<br><br>[Proposed] ORDER |

The Consent Motion for an enlargement of time, as described below, is GRANTED.

Defendant will file its reply memorandum on or before April 11, 2008. Plaintiff will file its reply memorandum on the cross-motion, if any, on or before April 25, 2008.

So Ordered.

Dated: March __, 2008

_____
Hon. Reggie B. Walton
United States District Judge

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, a true and correct copy of the foregoing Consent Motion for Enlargement of Time and Proposed Order was served via ECF upon plaintiffs' counsel of record at the address listed below:

John F. Cooney, Esq.
Venable, LLP
575 7th Street, NW
Washington, DC 20004
202-344-4812
jfcooney@venable.com

Dated: March 18, 2008

                                       s/ William B. Jaffe
                                       WILLIAM B. JAFFE