**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HORMEL FOODS CORPORATION )<br> Plaintiff, )<br>        v.                                      )<br>                                                )<br>UNITED STATES DEPARTMENT )<br>  OF AGRICULTURE,                     )<br>                                                )<br>                          Defendant.   ) | Civil Action No. 1:07-cv-1724 |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT
TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiff Hormel Foods Corporation ("Hormel") hereby moves for entry of an

Order to compel Defendant U.S. Department of Agriculture ("USDA") to supplement the

Administrative Record on which this lawsuit will be decided.  The Administrative

Record, as filed with the Court, does not include many types of pertinent materials that

were an integral part of the agency's decisionmaking on the issue before the Court.

Defendant should be required to submit documents in its possession relevant to those

issues at the same time that it submits its Reply Brief in Support of its Motion to Dismiss

or, in the Alternative, for Summary Judgment and its Opposition to Plaintiff's Cross-

Motion for Summary Judgment; or to inform the Court at that time that it does not have

such materials in its possession, so that the parties may make the appropriate arguments

on the merits of this case.  The Motion is supported by the attached Memorandum of

Points and Authorities.

Plaintiff has discussed the subject matter of this Motion with counsel for

Defendant on several occasions.  Counsel has authorized us to state that Defendant will

file a written response to the Motion after it has had an opportunity to review the Motion.

A Proposed Order granting the Motion is attached.

Respectfully submitted,


/s/ Nancy R. Bryson                           /s/ John F. Cooney
_____                    _____
NANCY S. BRYSON                            JOHN F. COONEY
(D.C. Bar No. 913673)                         (D.C. Bar No. 936336)
The Bryson Group PLLC                         Venable LLP
575 7th Street, N.W.                            575 7th Street, N.W.
Washington, D.C. 20004                        Washington, D.C. 20004
(202) 344-4731                                (202) 344-4812


March 28, 2008                                Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HORMEL FOODS CORPORATION          )
      Plaintiff,          )
  v.          )   Civil Action No. 1:07-cv-1724
           )
UNITED STATES DEPARTMENT          )   [Proposed] ORDER
 OF AGRICULTURE,          )
      Defendant.          )
           )

## ORDER

  Plaintiff's Motion to Compel Defendant U.S. Department of Agriculture to Supplement the Administrative Record is hereby GRANTED.  Defendant is ordered to supplement the Administrative Record by producing, at the same time that it submits its Reply Brief in Support of its Reply in support of its Motion to Dismiss or in the Alternative for Summary Judgment, the documents identified by Plaintiff in its Motion to Supplement the Administrative Record or, if its files do not contain copies of the requested documents, to submit a written declaration to the Court at that time so stating.


Date:         _____

            Hon. Reggie B. Walton
            United States District Judge