UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>           Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>           Defendant. | Civil Action No. 1:07-cv-1724 |

## MOTION FOR ENLARGEMENT OF TIME

  Defendant United States Department of Agriculture by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., for a one-week extension to file (1) defendant's reply memorandum in support of its motion to dismiss/motion for summary judgment and in opposition to plaintiff's cross-motion for summary judgment and (2) defendant's opposition to plaintiff's motion to supplement the administrative record.  These papers are all currently due on April 11, 2008.  This one-week extension will make these papers due April 18, 2008.  This is the second extension request of the deadline to file defendant's reply and the first extension request of the deadline to file defendant's opposition to plaintiff's motion to supplement the administrative record.

  Defendant requests this extension because three motions are being briefed at once: defendant has sought an order dismissing this action, or, in the alternative, granting summary judgment to defendant, because, according to defendant, plaintiff has no cause of action under the Poultry Products Inspection Act or the Federal Meat Inspection Act, and because the actions plaintiff seeks to compel are not legally required.  Finally, dismissal is appropriate because there is no final agency action.  Defendant also requests this first extension of its deadline to file its opposition to plaintiff's motion to supplement the record because, with the exception of three additional labels which plaintiff has found and which will be included in the administrative

record, defendant is not aware of any additional records that are missing from the administrative record. Because defendant is briefing three motions, involving multiple legal grounds, this extension is necessary to ensure that the motions cover all applicable legal grounds. In addition, this extension is necessary because plaintiff has filed over 90 pages of memoranda alone, in addition to two declarations raising various technical issues, in opposition to defendant's original 28 page brief and 14 page declaration.

      Defendant made a good faith effort to reach agreement with plaintiff but plaintiff refused to consent to this last extension. Hormel's position follows: Hormel objects to the requested extension of time. The Complaint was filed on September 26, 2007. More than six months have now passed, and briefing on a motion to dismiss is still not complete because USDA has requested multiple extensions. Further, the Administrative Record is still incomplete, despite several weeks of conversations with the agency on that issue. Hormel believes that the grant of a further extension of time would adversely affect its right to have this lawsuit addressed and resolved in a timely manner.

      Defendant responds that plaintiff's characterization of the above chronology is at least partially inaccurate in that plaintiff has also requested and received at least one extension from defendant during this period. Furthermore, one additional week will aid the Court's resolution of this matter in allowing the parties to accurately put forth their respective positions. Accordingly, defendant proposes the following schedule: Defendant will file its reply memorandum on or before April 18, 2008. Plaintiff will file its reply memorandum on the cross-motion, if any, on or before May 2, 2008.

      WHEREFORE, based on the foregoing, defendant respectfully requests the Court to so order the attached proposed order.

Dated: April 7, 2008

                                  Respectfully submitted,

                                  JEFFREY S. BUCHOLTZ
                                  Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JAMES J. GILLIGAN
Assistant Branch Director
Civil Division

 s/ William B. Jaffe (Electronic Filing)
WILLIAM B. JAFFE  (New York Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6110
Washington, D.C.  20530
Tel.: (202) 353-7633
Fax: (202) 616-8460
Email: William.Jaffe@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HORMEL FOODS CORPORATION )<br>1 Hormel Place )<br>Austin, Minnesota 55912, )<br>    )<br>        Plaintiff, )<br>    v. )<br>    )<br>UNITED STATES DEPARTMENT )<br>OF AGRICULTURE, )<br>    )<br>        Defendant. )<br>    ) | Civil Action No. 1:07-cv-1724<br><br>[Proposed] ORDER |

Defendant's motion for an enlargement of time, as described below, is GRANTED.

Defendant will file its reply memorandum in support of its motion to dismiss/motion for summary judgment and its opposition to the motion to supplement the record on or before April 18, 2008. Plaintiff will file its reply memorandum on the cross-motion, if any, and its reply on the motion to supplement the record on or before May 2, 2008.

So Ordered.

Dated: April __, 2008

_____
Hon. Reggie B. Walton
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, a true and correct copy of the foregoing Motion for Enlargement of Time and Proposed Order was served via ECF upon plaintiffs' counsel of record at the address listed below:

John F. Cooney, Esq.
Venable, LLP
575 7th Street, NW
Washington, DC 20004
202-344-4812
jfcooney@venable.com

Dated: April 7, 2008

                                                 <u>s/ William B. Jaffe</u>
                                                 WILLIAM B. JAFFE