UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>            Plaintiff,<br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>            Defendant. | Civil Action No. 1:07-cv-1724 |

**MOTION FOR ENLARGEMENT OF TIME**

    Defendant United States Department of Agriculture by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., for a one-week extension to file (1) defendant's reply memorandum in support of its motion to dismiss/motion for summary judgment and in opposition to plaintiff's cross-motion for summary judgment and (2) defendant's opposition to plaintiff's motion to supplement the administrative record.  These papers are all currently due on April 18, 2008.  This one-week extension will make these papers due April 25, 2008.  This is the third extension request of the deadline to file defendant's reply and the second extension request of the deadline to file defendant's opposition to plaintiff's motion to supplement the administrative record.

    Defendant requests this extension because three motions are being briefed at once: defendant has sought an order dismissing this action, or, in the alternative, granting summary judgment to defendant, because, according to defendant, plaintiff has no cause of action under the Poultry Products Inspection Act or the Federal Meat Inspection Act, and because the actions plaintiff seeks to compel are not legally required.  Finally, dismissal is appropriate because there is no final agency action.  Defendant also requests this extension of its deadline to file its opposition to plaintiff's motion to supplement the record because, with the exception of several additional records which plaintiff has found and which will be included in the administrative

record, defendant is not aware of any additional records that are missing from the administrative record.  Because defendant is briefing three motions, involving multiple legal grounds, this extension is necessary to ensure that the motions cover all applicable legal grounds.  In addition, this extension is necessary because plaintiff has filed over 90 pages of memoranda alone, in addition to two declarations raising various technical issues, in opposition to defendant's original 28 page brief and 14 page declaration.

     Kirsten Roddy, counsel for proposed intervenors, has told me today that she does not oppose this extension request.  Proposed intervenors also plan to file their opposition to Hormel's cross-motion when USDA files its papers.

     Hormel's position follows: Hormel strongly objects to the grant of a further extension of time.  Hormel is concerned with the passage of time in which USDA has not responded to its motions, and in which products that contain preservatives are still being sold to consumers under "natural" labels.  The Administrative Record produced by USDA was inadequate, and we understand from discussions with its counsel that the Department has found some other documents that should be in the Record, but have not yet been produced to the Court.  Moreover, Hormel's opposition and cross-motion for summary judgment were filed on March 7, 2008.  Six weeks have now passed without a response from USDA, even though these issues have been before the agency for more than 18 months.  Hormel therefore believes that a further extension should not be granted; however, should the Court decide to grant USDA a further extension, Hormel requests that the order provide that this is the last such extension that USDA will be permitted, so that these extensions will not further delay the  Court's ultimate resolution of the pending motions.

     One additional week will aid the Court's resolution of this matter in allowing the parties to accurately put forth their respective positions.  Accordingly, defendant proposes the following schedule: Defendant will file its reply memorandum on or before April 25, 2008.  Plaintiff will file its reply memorandum on the cross-motion, if any, on or before May 9, 2008.

WHEREFORE, based on the foregoing, defendant respectfully requests the Court to so order the attached proposed order.

Dated: April 17, 2008

                                      Respectfully submitted,

                                      JEFFREY S. BUCHOLTZ
                                      Acting Assistant Attorney General

                                      JEFFREY A. TAYLOR
                                      United States Attorney

                                      JAMES J. GILLIGAN
                                      Assistant Branch Director
                                      Civil Division

                                        s/ William B. Jaffe (Electronic Filing)
                                      WILLIAM B. JAFFE  (New York Bar)
                                      Trial Attorney
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Avenue N.W.  Room 6110
                                      Washington, D.C.  20530
                                      Tel.: (202) 353-7633
                                      Fax: (202) 616-8460
                                      Email: William.Jaffe@usdoj.gov
                                      Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HORMEL FOODS CORPORATION<br>1 Hormel Place<br>Austin, Minnesota 55912,<br><br>          Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:07-cv-1724<br><br><br>[Proposed] ORDER |

Defendant's motion for an enlargement of time, as described below, is GRANTED.

Defendant will file its reply memorandum in support of its motion to dismiss/motion for summary judgment and its opposition to the cross-motion for summary judgment and its opposition to the motion to supplement the record on or before April 25, 2008. Plaintiff will file its reply memorandum on the cross-motion, and its reply on the motion to supplement the record on or before May 9, 2008.

          So Ordered.

Dated: April __, 2008

                                        _____
                                        Hon. Reggie B. Walton
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, a true and correct copy of the foregoing Motion for Enlargement of Time and Proposed Order was served via ECF upon plaintiffs' counsel of record at the address listed below:

John F. Cooney, Esq.
Venable, LLP
575 7th Street, NW
Washington, DC 20004
202-344-4812
jfcooney@venable.com

Dated: April 17, 2008

                                                <u>s/ William B. Jaffe</u>
                                                WILLIAM B. JAFFE