# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HORMEL FOODS CORPORATION,    )
)
        Plaintiff,    )     Civil Action No. 1:07-cv-1724 (RBW)
   v.    )
)
UNITED STATES DEPARTMENT    )
OF AGRICULTURE,    )
)
        Defendant.    )
)
)

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to LCvR 7(h), of the Local Rules of the United States District Court for the District of Columbia, defendant hereby submits defendant's response to the Plaintiff's Statement of Material Facts. The defendants have filed their own motion seeking dismissal or summary judgment, which remains pending before the Court. This statement identifies statements contained in the plaintiff's statement of material facts that are either disputed, undisputed, or not material to the claims raised in the plaintiff's complaint.

The defendant responds as follows:

1.      Paragraph one purports to describe Policy Memorandum 055 and the Court is referred thereto for the terms thereof. AR 2-3.

2.      Paragraph two purports to describe 21 C.F.R. § 101.22 and the Court is referred thereto for the terms thereof.

3.      Paragraph three purports to describe Policy Memorandum 055 and the Court is referred thereto for the terms thereof. AR 2-3.

4.      Paragraph four  purports to describe the May 2003 update and the Court is referred thereto for the terms thereof.  AR 4.

5.      Disputed.  The subject of paragraph five, the properties and effects of lactates, is currently under consideration by USDA in advance of proposed rulemaking on this issue. Supplemental Declaration of Phillip Derfler ("Supp. Derfler Decl.") ¶¶ 12-16, 24; Further, the evidence proffered by plaintiff in this paragraph does not purport to address the actual products in question that bear "natural" claim on their labels.  On the contrary, with regard to several of those actual products, FSIS received shelf studies that showed no extension of shelf life between similar products whether or not they contained lactates.  Supp. Derfler Decl. ¶¶ 17-22.

6.      Disputed.  The subject of paragraph six, the properties and effects of lactates, is currently under consideration by USDA in advance of proposed rulemaking on this issue. Supplemental Declaration of Phillip Derfler ("Supp. Derfler Decl.") ¶¶ 12-16, 24; Further, the evidence proffered by plaintiff in this paragraph does not purport to address the actual products in question that bear "natural" claim on their labels.  On the contrary, with regard to several of those actual products, FSIS received shelf studies that showed no extension of shelf life between similar products whether or not they contained lactates.  Supp. Derfler Decl. ¶¶ 17-22.

7.      Disputed.  The subject of paragraph seven, the properties and effects of lactates, is currently under consideration by USDA in advance of proposed rulemaking on this issue. Supplemental Declaration of Phillip Derfler ("Supp. Derfler Decl.") ¶¶ 12-16, 24;

8.      Paragraph eight purports to describe the August 2005 update to the Food Standards and Labeling Policy Book and the Court is referred thereto for the terms thereof.  AR 8.

9.      Paragraph nine purports to describe the October 9, 2006 Hormel Petition, AR 14-34,

and the exhibits thereto, AR 35-53, and the Court is referred thereto for the terms thereof.

10.    Paragraph ten purports to describe the October 10, 2006 Hormel request for relief, and the Court is referred thereto for the terms thereof.  AR 55-58.

11.    Paragraph eleven purports to describe the November 7, 2006 Hormel request for relief, and the Court is referred thereto for the terms thereof.  AR 126-140.

12.    Paragraph twelve purports to describe the December 6, 2006 letter from Dr. Richard Raymond to Nancy S. Bryson, and the Court is referred thereto for the terms thereof.  AR 160.[1]

13.    Paragraph thirteen purports to describe portions of 71 Fed. Register 70503, and the Court is referred thereto for the terms thereof.  AR 642-644.

14.    Paragraph fourteen purports to describe letters sent by USDA to various companies, and the Court is referred to those letters for the terms thereof.  AR 611-640.

15.    Disputed to the extent that there were more letters sent than there were actual companies with products bearing the "natural" label so that twenty-four responses were not anticipated. Supp. Derfler Decl. ¶ 6. Undisputed that twenty companies did not respond.  Derfler Decl. ¶ 30.

16.    Disputed.  The subject of paragraph sixteen, the properties and effects of lactates, is currently under consideration by USDA in advance of proposed rulemaking on this issue. Supplemental Declaration of Phillip Derfler ("Supp. Derfler Decl.") ¶¶ 12-16, 24; With regard to several studies referenced in that paragraph, the data showed no extension of shelf life between similar products whether or not they contained lactates.  Supp. Derfler Decl. ¶¶ 17-22; AR 795-872.

---

[1] In paragraph twelve of Plaintiff's Statement of Material Facts, plaintiff mistakenly dates this letter December 6, 2007.  The date of the letter in the record is December 6, 2006.

17.    Paragraph seventeen purports to describe a July 31, 2007 letter from Under Secretary Raymond to Chairman Peterson of the House Agriculture Committee, and the Court is referred thereto for the terms thereof.  AR 779-780.

18.    Paragraph eighteen purports to describe a July 31, 2007 letter from Under Secretary Raymond to Chairman Peterson of the House Agriculture Committee, and the Court is referred thereto for the terms thereof.  AR 779-780.

19.    Paragraph nineteen purports to describe a July 31, 2007 letter from Under Secretary Raymond to Chairman Peterson of the House Agriculture Committee, and the Court is referred thereto for the terms thereof.  AR 779-780.

20.    Paragraph twenty purports to describe portions of 65 Fed. Register 3,121 (Jan. 20, 2000) , and the Court is referred thereto for the terms thereof.

21.    Disputed. The subject of paragraph twenty-one, the properties and effects of lactates, is currently under consideration by USDA in advance of proposed rulemaking on this issue. Supplemental Declaration of Phillip Derfler ("Supp. Derfler Decl.") ¶¶ 12-16, 24;

22.    Undisputed.

23.    Disputed.  The subject of paragraph twenty-three, the properties and effects of lactates, is currently under consideration by USDA in advance of proposed rulemaking on this issue. Supplemental Declaration of Phillip Derfler ("Supp. Derfler Decl.") ¶¶ 12-16, 24.

24.    Disputed. The subject of paragraph twenty-four, the properties and effects of lactates, is currently under consideration by USDA in advance of proposed rulemaking on this issue. Supplemental Declaration of Phillip Derfler ("Supp. Derfler Decl.") ¶¶ 12-16, 24.

Dated: April 25, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

FELIX V. BAXTER
Director, Federal Programs Branch
Civil Division

 s/ William B. Jaffe (Electronic Filing)
JAMES J. GILLIGAN
Assistant Director
WILLIAM B. JAFFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, DC  20044
Delivery Address
20 Massachusetts Avenue, NW, Room 6110
Washington, DC  20530
(202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, a true and correct copy of the foregoing

Defendants' Response to Plaintiff's Statement of Material Facts in Support of its Motion for

Summary Judgment was served via ECF upon counsel of record at the address listed below:

John F. Cooney, Esq.
Venable, LLP
575 7th Street, NW
Washington, DC 20004
202-344-4812
jfcooney@venable.com

Kirsten Friedel Roddy, Esq
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004-1109
202-637-5600
kfroddy@hhlaw.com

Dated: April 25, 2008

                                 s/ William B. Jaffe
_____
                                   WILLIAM B. JAFFE