IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br><br>      Defendant. | Civil Action No. 1:07-cv-1724 (RBW) |

**DEFENDANT'S NOTICE OF FILING OF**
**<u>SUPPLEMENTAL ADMINISTRATIVE RECORD</u>**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e), defendant United States Department of Agriculture, by and through undersigned counsel, is filing along with this Notice a CD-ROM containing an electronic copy of the Supplemental Administrative Record in support of the administrative actions at issue herein. The CD-ROM containing the Administrative Record is being maintained in the case file in the Clerk's Office of the U.S. District Court for the District of Columbia.

Dated: April 25, 2008

                                              Respectfully submitted,

                                              JEFFREY S. BUCHOLTZ
                                              Acting Assistant Attorney General

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              FELIX V. BAXTER
                                              Director, Federal Programs Branch
                                              Civil Division

  s/ William B. Jaffe (Electronic Filing)
JAMES J. GILLIGAN
Assistant Director
WILLIAM B. JAFFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, DC  20044
<u>Delivery Address</u>
20 Massachusetts Avenue, NW, Room 6110
Washington, DC  20530
(202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, a true and correct copy of the foregoing Defendants' Notice of Filing of Supplemental Administrative Record was served via ECF upon counsel of record at the address listed below.

I also certify that on April 25, 2008 a true and correct copy of the Supplemental Administrative Record in this action (in both redacted and unredacted versions) was served by U.S. Mail upon counsel of record at the address below:

| | |
|---|---|
| John F. Cooney, Esq.<br>Venable, LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>202-344-4812<br>jfcooney@venable.com | Kirsten Friedel Roddy, Esq<br>Hogan & Hartson, LLP<br>555 13th Street, NW<br>Washington, DC 20004-1109<br>202-637-5600<br>kfroddy@hhlaw.com |

Dated: April 25, 2008

/s/William B. Jaffe
WILLIAM B. JAFFE