UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION )<br>1 Hormel Place )<br>Austin, Minnesota 55912, )<br>)<br>　　　　　Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF AGRICULTURE, )<br>)<br>　　　　　Defendant. )<br>) | Civil Action No. 1:07-cv-1724 |

## CERTIFICATION OF THE SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

I, Rosalyn Murphy-Jenkins, pursuant to [5 U.S.C. § 706/ 28 U.S.C. § 1746] hereby declare the following:

1. I am a Senior Technical Advisor to the Label and Program Delivery Division, Office of Policy and Program Development, Food Safety and Inspection Service ("FSIS"), U. S. Department of Agriculture ("USDA"). As a Senior Technical Advisor, I work with the Label and Program Delivery Division which develops labeling and food standard policies for USDA regulated meat, poultry and egg products. I have been employed by FSIS for approximately 17 years. The facts attested to herein are based on my personal knowledge.

2. I, Rosalyn Murphy-Jenkins, certified on January 16, 2008, that the compact disk filed on January 22, 2008 constituted a true and correct copy of the Administrative Record contained in the files of FSIS regarding all documents considered by the agency concerning Hormel Food Corporation's petition for rulemaking, and concerning Hormel Food Corporation's request for

rescission of FSIS's approval of certain other companies' "natural" labels.

3. In gathering the information for the Administrative Record, however, certain documents were inadvertently omitted.

Oscar Meyer Label Applications:

4. During the preparation of the Administrative Record, three applications for approval of labels for Oscar Mayer "natural" product labels were inadvertently omitted. The labels themselves appear elsewhere in the administrative record, see, e.g., AR 500, 501, 530, however, the actual applications approving the labels were not included. The following label applications will now be included in the Administrative Record: Application for smoked uncured beef franks, dated May 11, 2006; Application for smoked ham, dated June 22, 2006; and, Application for oven roast turkey breast, dated June 22, 2006.

Farmland Label Applications:

5. During the preparation of the Administrative Record, four applications for approval of labels for Farmland Foods "Simply Natural" product labels were inadvertently omitted. The following label applications will now be included in the Administrative Record: Application for spiral sliced ham, dated November 6, 2006; Application for deli style, dated November 20, 2006; Application for original ham, dated November 20, 2006; and Application for classic ham, dated November 21, 2006.

Farmland Appeal of Sketch Approval of Label:

6. In August of 2007, Farmland Foods, Inc., through its counsel, submitted an appeal petition requesting that the Labeling and Consumer Protection Staff re-evaluate the denial of the sketch approval of its "all natural" labels. That appeal letter is now being included in the Administrative Record.

Additional Documents for the Administrative Record

7. The following documents were either inadvertently omitted from the Administrative Record, or are now being provided in order to give a more complete picture of the evolution of the labeling division's policy concerning meat and poultry products labeled "natural." Those documents are: 1) July 22, 2002 letter from Robert Post to Pederson's Natural Farms rescinding a series of labels that contained the "natural" claim; 2) seven 2002 Pederson's Natural Farms label applications; 3) a March 18, 2003 application for Pederson's Natural Farms; 4) a May 16, 2003 label application for Yorkshire Farms; 5) an electronic mail message chain between Robert Post and the labeling division regarding sodium lactate (from a natural source); 6) a May 23, 2005 label application for Maverick Ranch; 7) an August 31, 2005 application for Maverick Ranch; 8) an October 23, 2006 application for Premium Standard Farms; 9) an October 25, 2006 application for Riverwood Valley Farms; 10) an October 30, 2006 application for Saag's Products; 11) an October 30, 2006 application for Aidells; and 12) an October 30, 2006 application for Coleman Natural.

8. Documents submitted by third parties that contain information designated as Confidential Business Information ("CBI") are included in this administrative record with the CBI redacted.

Therefore, the documents listed in paragraphs 4, 5, 6, and 7 have been added to the Administrative Record, the Index has been updated and amended accordingly. A compact disk attached hereto containing these documents constitutes a true and correct copy of the documents contained in the files of FSIS supplementing the Administrative Record.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2008, in Washington, D.C.

Rosalyn Murphy-Jenkins
Senior Technical Advisor
Label and Program Delivery Division
Office of Policy and Program Development
Food Safety and Inspection Service
U.S. Department of Agriculture

| DOCUMENT NUMBER | DATE | DESCRIPTION | BEGINNING BATES NUMBER |
|---|---|---|---|
| Exhibit L - Documents Supplementing the Administrative Record ||||
| Oscar Mayer Labels ||||
| 192 | 5/11/06 | Application for approval of labels for Oscar Mayer (smoked uncured beef franks) | D 002125 |
| 193 | 6/22/06 | Application for approval of labels for Oscar Mayer (smoked ham) | D 002128 |
| 194 | 6/22/06 | Application for approval of labels for Oscar Mayer (oven roasted turkey breast) | D 002134 |
| Farmland Foods "Simply Natural" Labels ||||
| 195 | 11/6/06 | Application for approval of labels for Farmland Foods (spiral sliced ham) | D 002140 |
| 196 | 11/20/06 | Application for approval of labels for Farmland Foods (deli style ham) | D002146 |
| 197 | 11/20/06 | Application for approval of labels for Farmland Foods (original ham) | D 002148 |
| 198 | 11/21/06 | Application for approval of labels for Farmland Foods (classic ham) | D 002150 |
| 2002 ||||
| 199 | 7/22/02 | Letter from Robert C. Post to Pederson's Natural Farms rescinding labels | D 002152 |
| 200 | 7/12/02 | Application for approval of labels for Pederson's Natural Farms (uncured hickory smoked bacon) | D 002153 |
| 201 | 7/12/02 | Application for approval of labels for Pederson's Natural Farms (uncured apple smoked bacon) | D 002157 |
| 202 | 9/18/02 | Application for approval of labels for Pederson's Natural Farms (uncured apple smoked bacon) | D 002177 |

| 203 | 9/18/02 | Application for approval of labels Pederson's Natural Farms (uncured pepper smoked bacon) | D 002184 |
|---|---|---|---|
| 204 | 10/7/02 | Application for approval of labels Pederson's Natural Farms (uncured smoked ham shanks) | D 002190 |
| 205 | 10/8/02 | Application for approval of labels Pederson's Natural Farms (uncured honey ham) | D 002193 |
| 206 | 11/20/02 | Application for approval of labels Pederson's Natural Farms (uncured Canadian bacon) | D 002196 |
| 2003 | | | |
| 207 | 3/18/03 | Application for approval of labels Pederson's Natural Farms (uncured pepper bacon) | D 002199 |
| 208 | 5/16/03 | Application for approval of labels Yorkshire Farms (uncured cheese hot dog) | D 002203 |
| 2004 | | | |
| 209 | 3/17/04 | Electronic mail message from Robert Post to Labeling and Consumer Protection Staff regarding sodium lactate (from a natural source) | D 002207 |
| 2005 | | | |
| 210 | 5/23/05 | Application for approval of labels for Maverick Ranch (bacon) | D 002212 |
| 211 | 8/31/05 | Application for approval of labels for Maverick Ranch (bacon) | D 002214 |
| 2006 | | | |
| 212 | 10/23/06 | Application for approval of labels for Premium Standard Farms (bacon) | D 002216 |
| 213 | 10/25/06 | Application for approval of labels for Riverwood Valley Farms (bacon) | D 002225 |

| 214 | 10/30/06 | Application for approval of labels for Saag's Products (smoked chicken mango habanero sausage) | D 002229 |
|---|---|---|---|
| 215 | 10/30/06 | Application for approval of labels Aidells (smoked chicken and turkey sausage with roasted red pepper and corn) | D 002233 |
| 216 | 10/30/06 | Application for approval of labels for Coleman Natural (bacon) | D 002244 |
| 2007 | | | |
| 217 | 8/21/07 | Appeal letter on behalf of Farmland Foods submitted by Robert Winters, Hogan & Hartson, regarding sketch approval denial; all natural shaved turkey breast and white meat turkey | D 002248 |