**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HORMEL FOODS CORPORATION**       ) | |
| )   | |
| Plaintiff,       ) | |
| v.       ) | Civil Action No. |
| )   | 1:07-cv-1724 (RBW) |
| **UNITED STATES DEPARTMENT**       ) | |
| **OF AGRICULTURE,**       ) | |
| )   | |
| Defendant.       ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

With the consent of defendant U.S. Department of Agriculture ("USDA"), plaintiff Hormel Foods Corporation respectfully moves the Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., to extend the time to file its Reply Brief in Support of its Cross-Motion for Summary Judgment by one week, until May 16, 2008.

Granting this Motion will not further affect the schedule for resolution of the lawsuit.  The Reply Brief in support of Hormel's Cross-Motion is the last pleading scheduled to be filed in the matter, and no hearing date has yet been scheduled for consideration of the dispositive motions.

Plaintiff requests this extension of time for three reasons.  First, Hormel must respond to two substantial briefs, including a brief submitted by putative Intervenors that presents several arguments not previously raised by USDA.  Second, at the time that it filed its pleading to which plaintiff will respond, USDA also submitted a substantial supplement to the Administrative Record.  A significant amount of time has been required to review and analyze these new materials and to consider their impact on the

arguments to be made in plaintiff's Reply Brief. Third, counsel for plaintiff had made professional commitments in other cases, based on the original extension of time granted USDA to file the pleading to which Hormel must reply. When USDA was granted further extensions, Hormel's counsel were presented with substantial scheduling conflicts that have impeded their ability to prepare the Reply Brief that will be necessary to respond to the two opposing briefs.

For these reasons, plaintiff requests a one-week extension of time for the submission of its Reply Brief in support of its Cross-Motion for Summary Judgment until May 16, 2008.

Defendant has authorized us to state that it consents to the proposed extension of the deadline for submission of this Reply Brief until May 16, 2008.

WHEREFORE, based on the foregoing, plaintiff respectfully requests the Court so order on the attached proposed order.

Dated: May 8, 2008

Respectfully submitted,

   /s/ Nancy S. Bryson
NANCY S. BRYSON
(D.C. Bar No. 913673)
Bryson Law Group PLLC
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4731

   /s/ John F. Cooney
JOHN F. COONEY
(D.C. Bar No. 936336)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812
jfcooney@venable.com

Counsel for Plaintiff
Hormel Foods Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May 2008, copies of *Consent Motion For Enlargement Of Time To File Reply Brief In Support Of Plaintiff's Cross-Motion For Summary Judgment and proposed Order* was served by the Court's ECF filing system on the following:

>William B. Jaffe, Esquire
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20530

>Kristin F. Roddy, Esquire
>Hogan & Hartson
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004

>      */s/ John F. Cooney*
>     John F. Cooney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 1:07-cv-1724 (RBW) |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, ) | [Proposed] ORDER |
| ) | |
| Defendant. ) | |

The Consent Motion for an enlargement of time until May 16, 2008 within which Plaintiff may file its Reply Brief in support of its Cross-Motion for Summary Judgment is hereby GRANTED.

So Ordered.

Dated: May ___, 2008

_____
Hon. Reggie B. Walton
United States District Judge