## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF AGRICULTURE, )<br>)<br>)<br>Defendant. )<br>)<br>FARMLAND FOODS, INC., )<br>KRAFT FOODS GLOBAL, INC., )<br>PURAC AMERICA, INC., SARA LEE )<br>CORPORATION, SMITHFIELD FOODS, )<br>INC., AND TYSON FOODS, INC., )<br>)<br>)<br>Defendant-Intervenors. )<br>) | Civil Action No.<br>1:07-CV-01724-RBW |

### NOTICE OF ENTRY OF APPEARANCE OF JONATHAN L. ABRAM
### FOR DEFENDANT-INTERVENORS

Pursuant to Local Civil Rule 83.6, Jonathan L. Abram, Esquire, hereby gives notice of his entry of appearance herein on behalf of Defendant-Intervenors Farmland Foods, Inc., Kraft Foods Global, Inc., PURAC America, Inc., Sara Lee Corporation, Smithfield Foods, Inc., and Tyson Foods, Inc.

Dated: June 26, 2008                    Respectfully submitted,

                                                /s/ Jonathan L. Abram
                                     Jonathan L. Abram, D.C. Bar No. 389896
                                       Jlabram@hhlaw.com
                                   Kirsten Friedel Roddy, D.C. Bar No. 467805
                                       kfroddy@hhlaw.com

\\\DC - 028652/000002 - 2719201 v1

HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004–1109
Telephone: (202) 637–5600
Facsimile: (202) 637–5910

*Attorneys for Putative Defendant-Intervenors: Farmland Foods, Inc., Kraft Foods Global, Inc., PURAC America, Inc., Sara Lee Corporation, Smithfield Foods, Inc., and Tyson Foods, Inc.*

\\\DC - 028652/000002 - 2719201 v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2008 I filed the foregoing with the Clerk of Court via the Electronic Case Filing System (ECF). As a result, a true and correct copy of the foregoing was served on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF.

      /s/ Kirsten Friedel Roddy