## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORMEL FOODS CORPORATION, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:07-CV-01724-RBW |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| FARMLAND FOODS, INC., ) | |
| KRAFT FOODS GLOBAL, INC., ) | |
| PURAC AMERICA, INC., SARA LEE ) | |
| CORPORATION, SMITHFIELD FOODS, ) | |
| INC., AND TYSON FOODS, INC., ) | |
| ) | |
| ) | |
| Proposed Defendant-Intervenors. ) | |
| ) | |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Proposed Intervenors Farmland

Foods, Inc., Kraft Foods Global, Inc., PURAC America, Inc., Sara Lee Corporation,

Smithfield Foods, Inc., and Tyson Foods, Inc. (collectively "Proposed Intervenors")

certify that to the best of my knowledge and belief, the following are parent companies,

subsidiaries or affiliates of Proposed Intervenors which have any outstanding securities in the hands of the public:

### Disclosure of Farmland Foods, Inc.

Smithfield Foods, Inc.

### Disclosure of Kraft Foods Global, Inc.

Kraft Foods Inc.

### Disclosure of PURAC America, Inc.

CSM nv.

### Disclosure of Sara Lee Corporation

Sara Lee Corporation discloses that it has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

### Disclosure of Smithfield Foods, Inc.

Smithfield Foods, Inc. discloses that it has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

### Disclosure of Tyson Foods, Inc.

Tyson Foods, Inc. discloses that it has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 3, 2007                        Respectfully submitted,


                                        _____/s/   Kirsten Friedel Roddy____
                                        Jonathan L. Abram, D.C. Bar No. 389896
                                            jlabram@hhlaw.com
                                        Kirsten Friedel Roddy, D.C. Bar No. 467805
                                            kfroddy@hhlaw.com
                                        HOGAN & HARTSON L.L.P.
                                        555 Thirteenth Street, N.W.
                                        Washington, D.C.  20004–1109
                                        Telephone: (202) 637–5600
                                        Facsimile:  (202) 637–5910

                                        *Attorneys for Proposed Intervenors:*
                                        *Farmland Foods, Inc., Kraft Foods Global,*
                                        *Inc., PURAC America, Inc., Sara Lee*
                                        *Corporation, Smithfield Foods, Inc., and*
                                        *Tyson Foods, Inc.*